# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY STOCKER MINA | : CIVIL ACTION |
| v. | : |
| MONTGOMERY COUNTY, DA KEVIN R. STEELE, LUMBER LIQUIDATORS, MARY E. HOLMES, LISA BORKOWSKI, and JOHN/JANE DOE PROCESSOR | : <br> : <br> : <br> : NO. 18-5556 |

## ORDER

**NOW,** this 25th day of April, 2019, upon consideration of the Motion for Judge Timothy J. Savage's Recusal Pursuant to 28 U.S.C. 144 (*sic*) (Document No. 24) and the defendants' responses, it is **ORDERED** that the motion is **DENIED**.

/s/TIMOTHY J. SAVAGE