IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY STOCKER MINA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MONTGOMERY COUNTY, DA KEVIN R. STEELE, LUMBER LIQUIDATORS, MARY E. HOLMES, LISA BORKOWSKI, and JOHN/JANE DOE PROCESSOR | : : : : | NO. 18-5556 |

## ORDER

**NOW,** this 8th day of May, 2019, upon consideration of the Motion of Defendants Montgomery County, Kevin R. Steele, Mary E. Holmes and Lisa Borkowski to Dismiss Plaintiff's Amended Complaint (Document No. 19) and the plaintiff's opposition, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Amended Complaint is **DISMISSED** as to the defendants Montgomery County, Kevin R. Steele, Mary E. Holmes and Lisa Borkowski.

/s/ Timothy J. Savage _____