## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY STOCKER MINA** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **MONTGOMERY COUNTY, DA KEVIN R. STEELE, LUMBER LIQUIDATORS, MARY E. HOLMES, LISA BORKOWSKI, and JOHN/JANE DOE PROCESSOR** | : : : : | NO. 18-5556 |

## ORDER

**NOW,** this 8th day of May, 2019, upon consideration of the Motion of Defendant Lumber Liquidators to Dismiss Plaintiff's Amended Complaint (Document No. 20) and the plaintiff's opposition, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Amended Complaint is **DISMISSED** as to the defendant Lumber Liquidators.

/s/ Timothy J. Savage _____