# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY STOCKER MINA | : CIVIL ACTION |
| v. | : |
| MONTGOMERY COUNTY, DA KEVIN R. STEELE, LUMBER LIQUIDATORS, MARY E. HOLMES, LISA BORKOWSKI, and JOHN/JANE DOE PROCESSOR | : |
| | : NO. 18-5556 |

## ORDER

**NOW,** this 8th day of May, 2019, upon consideration of the Motion for the U.S. District Court to Order Stay of Proceedings at Montgomery County Court, Case 14-34075 (Document No. 22) and the defendants' responses, it is **ORDERED** that the motion is **DENIED.**

/s/ Timothy J. Savage